**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTOR RIVAS VALERO,**<br>*Petitioner*<br><br>**v.**<br><br>**JOHN RIFE,** ***ICE Field Office Director, Philadelphia, et al.*****,**<br>*Respondents*. | :<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 26-6229** |

# ORDER

**AND NOW**, this 25th day of August 2026, upon consideration of Petitioner's *petition for writ of a habeas corpus*, (ECF 1), it is hereby **ORDERED** that:

1. The Clerk of Court shall forward a copy electronically of the petition, (ECF 1), this Order, and the Clerk's office acceptance of service form to the Chief, Civil Division, at the Philadelphia United States Attorney's Office;
2. Respondents shall formally file by ***August 27, 2026,*** an expediated response to the petition, along with its exhibits, copies of all relevant documents, and an index of exhibits. The answer shall provide the statutory authority for Petitioner's detainment, *see* 28 U.S.C. § 2243, the related legal analysis, and record evidence supporting the asserted statutory basis for the detention. The response shall also address whether a bond hearing is required;
3. Respondents are to serve Petitioner's counsel with a certified response;
4. Respondents ***shall not*** move or remove Petitioner outside of City of Philadelphia or the Philadelphia Federal Detention Center during the pendency of this matter. Any such movement of Petitioner will be deemed a violation of this Order; and
5. Any request by the parties to modify this Order shall be made by motion.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*